PER CURIAM.

The determination of the question involved in this case rests wholly upon matters of fact, an examination of which has satified us that the conclusions of the trial court are correct, and that the decree must be affirmed.

AFFIRMED.

[Decided June 28, 1894.]

HARTMAN *v.* BOLLES.

APPEAL from Umatilla: MORTON D. CLIFFORD, Judge.

Action by J. L. Hartman against J. T. Bolles to recover damages for the conversion by defendant of a stock of hardware.   On a trial before a jury there was a verdict for defendant, hence this appeal.

AFFIRMED.

No appearance for Appellant.

*Mr. Thos. H. Crawford,* for Respondent.

PER CURIAM.

There being no appearance or brief filed in behalf of the appellant in this court, the judgment in this case is affirmed without looking into the record.

AFFIRMED.